AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24−mj−00056 |
| Brandon Mackie | ) | Assigned To : Judge Zia M. Faruqui |
| | ) | Assign. Date : 2/12/2024 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Brandon Mackie                                                                                         ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     02/12/2024                                    _Zia M. Faruqui_

                                                                *Issuing officer's signature*

City and state:          Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge

                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/12/2024, and the person was arrested on *(date)* 2/13/2024 at *(city and state)* Weatherford, Texas . |

Date:     2/13/2024                                    _Jimmy Beachum_

                                                                *Arresting officer's signature*

                                                                Jimmy Beachum, FBI
                                                                *Printed name and title*