# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       *Plaintiff*,

                             **APPEARANCE**
                        Case Number: 24-mj-56-ZMF

v.

BRANDON MACKIE,

       *Defendant.*

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the defendant:

BRANDON MACKIE.

    I certify that I am registered to file documents electronically with this Court.

<u>March 12, 2024</u>                        s/<u>Sanjuanita A. Martinez</u>
*Date*                                     *Signature*
                                      Sanjuanita A. Martinez
                                      Assistant Federal Public Defender
                                      Western District of Oklahoma
                                      215 Dean A. McGee, Suite 109
                                      Oklahoma City, OK 73102
                                      (405) 609-5967 (phone)
                                      (405) 609-5932 (fax)
                                      sanjuanita_martinez@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2024, I electronically transmitted my Entry of Appearance to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      AUSA Rachel Freeh

and any other parties of record in this case.

                                   *s/ Sanjuanita A. Martinez*
                                   Sanjuanita A. Martinez